EDITH MONACO, BY NEXT FRIEND, ET AL., PLAINTIFFS, v. ABRAHAM KIRSCHNER ET AL., DEFENDANTS.

Decided July 10, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the plaintiff, *Palmer & Cooper.*

For the defendants, *McDermott, Enright & Carpenter.*

PER CURIAM.

The motion in the above-entitled cause to vacate the service of the summons upon the defendant, after due consideration by the court, is denied.